UNITED STATES DISTRICT COURT
EASTERN WISCONSIN
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 APR -4 P 1:23

JON W. SANFILIPPO
CLERK

**CHARMANE SMITH**
4952 Willow Road
Memphis, TN   38117
    Plaintiff,

Civil Case No.:

17-C-0487

v.

Jury Trial Demanded

**ALANE HOLLIDAY**, D.D.S.
AMERICAN FAMILY DENTISTRY
MEMPHIS POPLAR
5270 Poplar Avenue
Suite 101
Memphis, TN   38120
    Defendant,

**AMERICAN DENTAL PROFESSIONAL SERVICES**
9054 N. Deerbrook Trl.
Milwaukee, WI   53223
    Defendant.

## DIVERSITY JURISDICTION
## PURSUANT TO TITLE 28 U.S.C. { 1332

Plaintiff CHARMANE SMITH respectfully requests a Monetary Damage Award in the Sum of **$5,000,000.00 + TREBELED DAMAGES** and **All Court Costs** and **Attorneys Fees**.   In support of this complaint, I state:

1. On appointment Date and Time of **January 19, 2017** at **10:30 a.m.**, I was examined by Defendant, ALANE HOLLIDAY.

2. I allege that Defendant HOLLIDAY did not actually take x-rays of my mouth, but pretended to do so.

3. I allege that Defendant HOLLIDAY may or may not have subjected me to

an unnecessary, unadvised, and unrequested x-ray of my abdomen.

4. I was shown 2 x-ray films of mouth images that were not mine.

5. I was given false advice that my tooth was too decayed to save and had to be extracted.

6. I was falsely and wrongfully advised that I needed to have 2 healthy teeth shaved down and to have a bridge surgically implanted.

7. I was falsely and wrongfully advised that I suffered from Gingivitis and Periodontal Disease.

For the above-listed reasons, I am entitled to the relief sought.

## DAMAGES CALCULATIONS

1. Oral Examination Fee: **$263.00**
2. Dental Implants: **$3,000.00**
3. Dental Bridge: **$3,000.00**
4. Root Canal: **$1.400.00**
5. Dental Anesthesia: **$800.00 PER HOUR**
6. Panoramic X-ray: **$250.00**
7. Amoxicillin Prescription: **$510.00**
8. Fraud As a Tort: **$5,000,000.00**
9. Hedonic Damages (VSL): **$5,000,000.00**
   (Value of Statistical Life)

## REQUESTED RELIEF

I, Plaintiff CHARMANE SMITH, request that the Court Award Monetary Damages of **$5,000,000.00**, **TREBLED DAMAGES**, and **All Court Costs** and **Attorneys Fees** to be paid by the Defendants.

Dated:  March 31, 2017

Respectfully requested,

*Charmane Smith*
Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN   38117
(901) 761-1678

## CERTIFICATE OF SERVICE

I, Plaintiff CHARMANE SMITH, hereby Certify under penalty of perjury that I have served copies of the Civil Complaint on the following interested parties:

**ALANE HOLLIDAY**, D.D.S.
AMERICAN FAMILY DENTISTRY
MEMPHIS POPLAR
5270 Poplar Avenue
Suite 101
Memphis, TN   38120
    Defendant,

**AMERICAN DENTAL PROFESSIONAL SERVICES**
9054 N. Deerbrook Trl.
Milwaukee, WI   53223
    Defendant.

Certified by,

*Charmane Smith*
CHARMANE SMITH, Plaintiff
4952 Willow Road
Memphis, TN   38117
(901) 761-1678

Dated:  March 31, 2017