UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

Charmane Smith,
    Plaintiff,

v.

Alane Holliday, et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 2017-cv-487-PP

_____

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

**X** **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that for the reasons stated in its May 8, 2017 decision, the court **DISMISSES** the complaint filed on April 4, 2017.

Approved and dated in Milwaukee, Wisconsin this 8th day of May, 2017.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge


Steven C. Dries
Clerk of Court


/s/ Kristine G. Wrobel
Deputy Clerk