PP

U.S. District Court
Eastern Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 JUN -9 A 9:09
STEPHEN C. DRIES
CLERK

Charmane Smith,
Plaintiff,

Case No.

2017-cv-487-PP

v.

American Dental Professional Services,
Defendant.

## Amended Civil Complaint
Fed. R. Civ. Pro. 15

Plaintiff Charmane Smith, respectfully requests that Monetary Damages be awarded in the sum of $45,000,000.00.

In support of this request, Plaintiff Smith states:

1. Alane Holliday is a dentist who is either an employee or franchisee of the Defendant.

2. Alane Holliday caused negligent and/or malicious injury to my facial nerve and tooth by failing to remove a toothbrush bristle from between my teeth; that she admitted to seeing.

3. The failure to remove the toothbrush bristle resulted in temporary paralysis of my face on the

left side and damage to the tooth – which fractured and broke in half on Thursday, May 11, 2017.

### Requested Relief

For the foregoing reasons, Plaintiff Charmane Smith respectfully requests Monetary Damages in the amount of $45,000,000.00 + All Court Costs, U.S. Marshal and Attorney Fees, Per Diem, and Lawsuit Advance Fees to be paid by the Defendant.

Dated: June 2, 2017

Sincerely,

Charmane Smith, Plaintiff
4952 Willow Road
Memphis, TN 38117
(901) 761-1678

### Certificate of Service

Pursuant to Title 28 U.S.C. § 1746, I declare & certify that the foregoing is a true & correct copy under penalty of perjury and has been mailed to the following:

1. American Dental Professional Services
9054 N. Deerbrook Trl.
Milwaukee, WI 53223