United States District Court
Eastern Wisconsin

Charmane Smith,   Case No.:
Movant,

v.

17-C-487

American Dental Professional Services,
Respondent.

## Motion For Default Judgment

Comes Now, Charmane Smith, and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a Judgment by Default against the Respondent. In support of this request, Plaintiff relies upon the record in this case and the Affidavit submitted herein.

Respectfully submitted,

Charmane Smith, Movant
4952 Willow Rd.
Memphis, TN 38117
(901) 761-1678

Date: August 21, 2017